UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

MATTEO DIGRIGOLI, and LINDSAY JACOB,

                Plaintiffs,

-against-

TD BANK, N.A., et al.,

                Defendants.

-------------------------------------------------------------x

1:23-cv-03165 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    This case has been referred to the Court's Mediation Program. The Court has requested pro bono counsel to represent Plaintiffs in the mediation. Representatives from the Court's Mediation/ADR Office and the New York Legal Assistance Group ("NYLAG") have attempted to contact Plaintiffs by phone and have not been successful. Plaintiffs are directed to respond to the outreach of Mediation/ADR Office and NYLAG as soon as possible.

    Additionally, Defendants are directed to serve a copy of ECF No. 18 to Plaintiffs, and file proof of service by September 25, 2023.

**SO ORDERED.**

**Dated: September 21, 2023**
       New York, New York

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**