```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
```

| | | |
|---|---|---|
| MATTEO DIGRIGOLI, and LINDSAY JACOB, | : | |
| | : | |
| Plaintiffs, | : | 1:23-cv-03165 (ALC) |
| | : | |
| -against- | : | **ORDER** |
| | : | |
| TD BANK, N.A., et al., | : | |
| | : | |
| Defendants. | : | |

```
-------------------------------------------------------------x
```

**ANDREW L. CARTER, JR., United States District Judge:**

On August 31, 2023, Defendants filed a letter requesting a conference for their anticipated motion to dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(6). ECF No. 18. Plaintiffs are **ORDERED** to file a response to Defendants' letter by **November 13, 2023**.

Additionally, Defendants are directed to serve a copy of this order on Plaintiffs, and file proof of service by November 7, 2023.

**SO ORDERED.**

**Dated: November 6, 2023**
   New York, New York

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**