UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

MATTEO DIGRIGOLI, and LINDSAY JACOB,

          Plaintiffs,

-against-

TD BANK, N.A., et al.,

          Defendants.

------------------------------------------------------------x

1:23-cv-03165 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

On November 6, 2023, this Court ordered Plaintiffs, ECF No. 26, to reply to Defendants' letter requesting a conference for their anticipated motion to dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(6), ECF No. 18. To date, Plaintiffs have not filed a response. As a courtesy, the Court will extend Plaintiffs' deadline to **November 16, 2023**. Failure to do so may result in Defendants' request being deemed unopposed.

Additionally, Defendants are directed to serve a copy of this order on Plaintiffs, and file proof of service by November 15, 2023.

**SO ORDERED.**

Dated: November 14, 2023
      New York, New York

                              **ANDREW L. CARTER, JR.**
                              **United States District Judge**