**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: April 23, 2024

**Digrigoli et al v. TD Bank, N.A. et al,**  :  **1:23-cv-03165-ALC**

:  **ORDER OF DISCONTINUANCE**

-----------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to this Court that this case has been settled in principle, it is hereby ORDERED that the above-captioned action is discontinued without costs.

**SO ORDERED.**

**Dated:   April 23, 2024**
   **New York, New York**

SO ORDERED:
*[signature]*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

**ANDREW L. CARTER, JR.**
**United States District Judge**