UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | |
|---|---|
| MATTEO DIGRIGOLI, and LINDSAY JACOB, | : |
| Plaintiffs, | : 1:23-cv-03165 (ALC) |
| -against- | : **ORDER** |
| TD BANK, N.A., et al., | : |
| Defendants. | : |

-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

The parties are directed to file a joint status report by November 15, 2024.

**SO ORDERED.**

**Dated: October 29, 2024**
    New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**